DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERNET SEJOUR**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3190

[February 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case Nos. 03-14282CF10B and 17-6744CF10A.

Vernet Sejour, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***